(No. 78-CC-0628–

JOHN D. KNIPPENBERG, Claimant, v. THE STATE OF ILLINOIS, Respondent.

*Order filed August 13, 1979.*

ROE, C. S.

This matter coming on to be heard on the Claimant's motion for default judgment and the Court being fully advised in the premises.

It is hereby ordered that the Claimant be granted an award in the amount of $954.21, and that the Claimant's claim for interest is denied.